NOT RECOMMENDED FOR FULL-TEXT PUBLICATION
File Name: 07a0810n.06
Filed: November 19, 2007

No. 06-6606

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| KATHY MILLER, | ) | |
| | ) | |
| Plaintiff-Appellant, | ) | |
| | ) | |
| v. | ) | ON APPEAL FROM THE UNITED |
| | ) | STATES DISTRICT COURT FOR THE |
| ALLTEL KENTUCKY, INC., | ) | EASTERN DISTRICT OF KENTUCKY |
| | ) | |
| Defendant-Appellee. | ) | |

Before: DAUGHTREY and COOK, Circuit Judges; and VINSON, District Judge.[*]

PER CURIAM. In this appeal, we are called upon to consider whether the district court properly entered (i) summary judgment against the plaintiff on her claim of sexually hostile work environment, and (ii) a Rule 50(a) judgment as a matter of law against the plaintiff on her claim of retaliation. Having had the benefit of oral argument, and having studied the record on appeal and the briefs of the parties, we are not persuaded that the district court erred in granting summary judgment and judgment as a matter of law in favor of the defendant. Because the reasons why judgment should be entered for the defendant have been fully articulated by the district court, the issuance of a detailed opinion by this court would be duplicative and would serve no useful purpose.

_____

[*]The Honorable C. Roger Vinson, Senior United States District Judge for the Northern District of Florida, sitting by designation.

No. 06-6606
*Miller v. Alltel Kentucky, Inc.*

Accordingly, we AFFIRM the judgment of the district court upon the reasoning set out by that court

in its opinions and orders dated August 24, 2006, and November 28, 2006.